UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| UNITED STATES OF AMERICA | : | INDICTMENT |
| --- | --- | --- |
| v. | : | CRIMINAL NO. 3:14-CR-_1_ (CAR) |
| TIANT QUIMBY, aka "YANT," | : | VIOLATION(S): |
| BONITA EDWARDS, DANNY SIMS, | : | 21 U.S.C. § 846 i/c/w |
| PEGGY SIMS, KENTA FREEMAN, | : | 21 U.S.C. § 841 (a)(1) |
| ANTWAN FREEMAN, aka "POPPA," | : | 21 U.S.C. § 841 (b)(1)(A)(ii) |
| DEMETRIUS JACKSON, aka | : | 21 U.S.C. § 841 (b)(1)(A)(iii) |
| "MEATBALL," aka "MEAT," | : | 21 U.S.C. § 841 (b)(1)(B)(iii) |
| JEREMALL JACKSON, aka | : | 21 U.S.C. § 841 (b)(1)(C) |
| "MAILBOX," and | : | 21 U.S.C. § 841 (b)(1)(D) |
| CEQUEL KNOLTON, aka "Q," | : | 21 U.S.C. § 841 (b)(1)(E) |
|  | : | 18 U.S.C. § 2 |
| Defendants. | : |  |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(Conspiracy to Possess with Intent to Distribute Controlled Substances)

That on or about January 1, 2007, to September 30, 2013, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**TIANT QUIMBY, aka "YANT," BONITA EDWARDS, DANNY SIMS, PEGGY SIMS, KENTA FREEMAN, ANTWAN FREEMAN, aka "POPPA," DEMETRIUS JACKSON, aka "MEATBALL," aka "MEAT," JEREMALL JACKSON, aka "MAILBOX," and CEQUEL KNOLTON, aka "Q,"**

defendants herein, did unlawfully and willfully conspire with each other and with other persons, known and unknown to the Grand Jury, to knowingly, unlawfully and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: cocaine in an amount over five (5) kilograms; a mixture containing a detectable amount of

cocaine base, also known as crack cocaine, in an amount over 280 grams; a Schedule III controlled substance, to-wit: Percocet; a Schedule I controlled substance to-wit: marijuana; all in violation of Title 21, United States Code, Section 846 in connection with Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii), (b)(1)(A)(iii), (b)(1)(C), (b)(1)(D) and (b)(1)(E).

## COUNT TWO
### (Distribution of Cocaine Base, also known as Crack Cocaine)

That or about August 29, 2012, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**JEREMALL JACKSON, aka "MAILBOX,"**

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally distribute a Schedule II controlled substance, to-wit: cocaine base, also known as crack cocaine, in an amount over twenty-eight grams, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT THREE
### (Possession with Intent to Distribute Cocaine)

That on or about September 20, 2012, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**JEREMALL JACKSON, aka "MAILBOX,"**

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, intentionally and willfully possess with the intent to distribute a Schedule

II controlled substance, to-wit: cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOUR
### (Distribution of Cocaine Base, also known as Crack Cocaine)

That on or about February 27, 2013, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**TIANT QUIMBY, aka "YANT," and ANTWAN FREEMAN, aka "POPPA,"**

defendants herein, aided and abetted by each other and by others both known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally distribute a Schedule II controlled substance, to-wit: cocaine base, also known as crack cocaine, in excess of twenty (28) grams, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT FIVE
### (Distribution of Cocaine Base, also known as Crack Cocaine)

That on or about March 28, 2013, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**TIANT QUIMBY, aka "YANT," and ANTWAN FREEMAN, aka "POPPA,"**

defendants herein, aided and abetted by each other and by others both known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally distribute a Schedule II controlled substance, to-wit: cocaine base, also known as crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C ), and Title 18, United States Code, Section 2.

## COUNT SIX
### (Possession with Intent to Distribute Cocaine Base, also known as Crack Cocaine)

That on or about June 10, 2013, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### DANNY SIMS and KENTA FREEMAN,

defendants herein, aided and abetted by each other and by others both known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, to-wit: cocaine base, also known as crack cocaine, in excess of twenty eight grams, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT SEVEN
### (Possession with Intent to Distribute Cocaine)

That on or about June 14, 2013, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### TIANT QUIMBY, aka "YANT," and BONITA EDWARDS,

defendants herein, aided and abetted by each other and by others both known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: a mixture containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT EIGHT
### (Possession with Intent to Distribute Cocaine Base, also known as Crack Cocaine)

That on or about June 14, 2013, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### TIANT QUIMBY, aka "YANT," and BONITA EDWARDS,

defendants herein, aided and abetted by each other and by others both known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: cocaine base, also known as crack cocaine, in excess of twenty eight grams, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT NINE
### (Possession with Intent to Distribute Crack Cocaine)

That on or about September 6, 2013, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### JEREMALL JACKSON, aka "MAILBOX,"

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, to-wit: cocaine base, also known as crack cocaine, in violation of Title 21, United States Code, Sections 841 (a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TEN
### (Possession with Intent to Distribute Crack Cocaine)

That on or about September 24, 2013, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**PEGGY SIMS,**

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: cocaine base, also known as crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Tile 18, United States Code, Section 2.

A TRUE BILL.

/s/ Foreperson of The Grand Jury
FOREPERSON OF THE GRAND JURY

MICHAEL J. MOORE
UNITED STATES ATTORNEY
Presented by:

TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this __14th__ day of January, AD 2014.

_____
Deputy Clerk

6